STANLEY B. KITZELMAN, Appellant, *v.* PENNSYLVANIA RAILROAD COMPANY, Respondent.

(Argued December 8, 1932; decided January 10, 1933.)

*William J. Carr* and *Martin A. Schenck* for appellant.
*Joseph Walker, Jr., Nathaniel T. Guernsey* and *Roswell P. C. May* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.